IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID BRENNAN**                                                                                       **PLAINTIFF**

v.                                           Case No. 4:20-cv-00505-KGB

**UNITED STATES OF AMERICA,**
**JOVITA CARRANZA, in her**
**official capacity as Administrator**
**of the U.S. Small Business Administration,**
**and STEVEN MNUCHIN, in his official capacity**
**as U.S. Secretary of the Treasury**                                                         **DEFENDANTS**

## ORDER

Before the Court is plaintiff David Brennan's voluntary motion to dismiss for mootness (Dkt. No. 16). The Court interprets Mr. Brennan's motion as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). Mr. Brennan represents that he no longer needs or desires the grant assistance sought under the Coronavirus Aid, Relief, and Economic Security Act, that he has suffered no enduring injury or need for the assistance which is the subject of this action, and that the funds for assistance have been exhausted (*Id.*, at 1). Mr. Brennan requests that this action be dismissed with prejudice (*Id.*, at 2). For good cause shown, the Court grants Mr. Brennan's voluntary motion to dismiss (Dkt. No. 16). The Court dismisses with prejudice Mr. Brennan's claims. The Court denies as moot Mr. Brennan's outstanding motion for permanent injunction and declaratory judgment (Dkt. No. 2).

It is so ordered this 4th day of December, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge