IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID BRENNAN**                                                 **PLAINTIFF**

v.                      Case No. 4:20-cv-00505-KGB

**UNITED STATES OF AMERICA,**
**JOVITA CARRANZA, in her**
**official capacity as Administrator**
**of the U.S. Small Business Administration,**
**and STEVEN MNUCHIN, in his official capacity**
**as U.S. Secretary of the Treasury**                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff David Brennan's complaint is dismissed with prejudice (Dkt. No. 1).

It is so adjudged this 4th day of December, 2020.

                                                         _/s/ Kristine G. Baker_
                                                         Kristine G. Baker
                                                         United States District Judge